E-FILING

JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
ATTORNEY FOR PLAINTIFFS

Filed
OCT 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN CARRILLO, JOSEFINA CASADOS, MARIA MARTINEZ

    Plaintiffs,

    vs.

TANIA FAN, CROWNE PLAZA LLC, and DOES 1-10

    Defendants

Case No: C07 05519 HRL

DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial.

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 12