JAMES DAL BON #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113
(408)297-4729

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| Plaintiffs, | ) Case No: <br> ) <br> ) <br> ) <br> ) NOTICE OF CHANGE OF ADDRESS <br> ) |
| vs. | ) <br> ) <br> ) |
| Defendants | ) <br> ) <br> ) |

    This is to notify the court and all parties that James Dal Bon changed his address from Dal Bon and Wang 12 South First Street #613, San Jose, CA 95113 to:

LAW OFFICES OF JAMES DAL BON<br>
28 NORTH 1ST STREET, SUITE 210<br>
SAN JOSE, CA 95113<br>
(408)297-4729

    A substitution of attorney's form will follow shortly.

Dated:

                                                    _____jdb_____
                                                    James Dal Bon