* E-filed 2/13/08 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTIAN CARRILLO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TANIA FAN, et al.,<br><br>    Defendants.<br>_____/ | Case No. CV 07-05519 HRL<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT the Case Management Conference set for February 19, 2008 is continued to **April 8, 2008 at 1:30 p.m** (Courtroom 2, 5th floor of the United States District Court, San Jose) in order to allow time for defendants to be served and to enter their appearances. The parties' updated joint case management statement shall be filed no later than **April 1, 2008.** Once defendants have appeared, counsel for plaintiffs shall provide them a copy of this notice.

Dated:    2/13/08                                         /s/ KRO
                                                                    Chambers of Magistrate Judge Howard R. Lloyd

1 THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

3 James Dal Bon jdblaw@earthlink.net

6 * Counsel are responsible for providing copies of this order to co-counsel.

Dated: 2/13/08

                                    /s/ KRO
                              Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California