1  James Dal Bon, SBN 157942
   Law Offices of James Dal Bon
   28 North 1st Street Suite 210
2  San Jose, CA 95113
   (408)297-4729
3
   Attorney for Plaintiff
4

5              UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                    SAN JOSE DIVISION

8  **Christian Carrillo,**                    Case No 07-5519 HRL
                         Plaintiff,
9                                              PLAINTIFFS' CASE MANAGEMENT
       v.                                      STATEMENT AND PROPOSED
10                                             ORDER

11 **Crowne Plaza et al**

12
   ,
13                       Defendants.

14

15     The plaintiff to the above-entitled action submits this Case Management Statement and

16 Proposed Order and request the Court to adopt it as its Case Management Order in this case.

17

18                    **DESCRIPTION OF THE CASE**

19     1. A brief description of the events underlying the action:

20 This is a simple overtime case in which the Plaintiffs claim they were paid regular wages for

21 overtime hours.

22     Presently the Plaintiffs' attorney and the Defendant in pro per are attempting to resolve

23 the case. The Defendant has time cards and is calculating the amount, if anything, they owe the

24 plaintiffs in overtime wages. Defendant has agreed to meet with Plaintiff's counsel this Friday

25 April 4, 2008 with the Plaintiff's time cards in an attempt to settle this case.

26

PLAINTIFFS' CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER  –

1   Defendant has not answered the complaint. Plaintiff has give the Defendant until April 22, 2008 to either settle the case or answer the complaint. If the Defendant does not settle the case or answer the complaint by that deadline the Plaintiff will file for default.

2. The principal factual issues which the parties dispute:

Amount of overtime owed.

3. The principal legal issues which the parties dispute:

Whether the plaintiffs were exempt from paying overtime.

Plaintiff's counsel respectfully requests that the Case Management Conference set for April 8, 2008 be pushed back to May 20th, 2008. By that time the Plaintiffs will either dismiss the case because it was settled or file for default it the defendants have not answered the complaint.

April 2, 2008
s/jdb
James Dal Bon,
Attorney for Plaintiff

PLAINTIFFS' CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER  –

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court Orders: _____

_____

_____

_____

_____

_____

_____

Dated: _____        _____
                              HOWARD R. LLOYD
                              United States Magistrate Judge

PLAINTIFFS' CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER  –