United States District Court
For the Northern District of California

\* E-filed 4/3/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHRISTIAN CARRILLO, et al.,

    Plaintiffs,

  v.

TANIA FAN, et al.,

    Defendants.

_____/

Case No. CV 07-05519 HRL

**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING PROOF OF SERVICE**

    PLEASE TAKE NOTICE THAT - pursuant to Plaintiff's notice that the parties are likely to reach an out-of-court resolution to this matter - the Case Management Conference will be continued.  The conference is therefore postponed from April 8, 2008 to **April 29, 2008 at 1:30 p.m** (Courtroom 2, 5th floor of the United States District Court, San Jose).  The parties' updated joint case management statement shall be filed no later than **April 22, 2008.**  Once Defendants have appeared, counsel for Plaintiff shall provide them a copy of this notice.

    FURTHERMORE, there is no indication on the record that Defendants have been served with the summons.  **Plaintiff shall file a proof of service by April 8, 2008.**

Dated:    4/3/08                                     /s/  KRO
                                                Chambers of Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

3  James Dal Bon jdblaw@earthlink.net

6  * Counsel are responsible for providing copies of this order to co-counsel.

Dated:  4/3/08

                                                    /s/ KRO
                                Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

2