NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

"Crown" Plaza

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| CHRISTIAN CARRILLO, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff. | C07 05519 HRL |
| TANIA FAN, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

AMENDED SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER RE: PRETRIAL PREPARATION; DISTRICT COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 40, PROHIBITION OF BIAS; GENERAL ORDER NO. 45, ELECTRONIC CASE FILING; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ADR INFORMATION; ORDER OF THE CHIEF IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

in the within action by personally delivering true copies thereof to the person served as follows:

Served : CROWNE PLAZA LLC

By Serving : Nick Peter, Person In Charge / Authorized To Accept Service Of Process

Address : ( Business )

32083 Alvarado Niles Road
Union City, Ca 94587

Date of Service : November 28, 2007

Time of Service : 12:01PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 28, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature: _____
TERRY GRAAP

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : CHRISTIAN CARRILLO, ET AL.
Defendant : TANIA FAN, ET AL.

Ref # 100777732        **DECLARATION OF MAILING**        Case No. C07 05519 HRL

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
AMENDED SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER RE: PRETRIAL PREPARATION; DISTRICT COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 40, PROHIBITION OF BIAS; GENERAL ORDER NO. 45, ELECTRONIC CASE FILING; GENERAL ORDER NO. 53; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ADR INFORMATION; ORDER OF THE CHIEF IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES


in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:


CROWNE PLAZA LLC

( Business )
32083 Alvarado Niles Road
Union City, Ca 94587

Date of mailing: November 28, 2007



Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 28, 2007                Signature: *[signature]*