JAMES DAL BON # 157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113
(408)297-4729

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| CHRISTIAN CARILLO ET AL | Case No.: 07-05519HL |
| Plaintiffs, <br> vs. | **PLAINTIFFS' MOTION TO CHANGE CASE MANAGEMENT CONFERENCE** |
| TANIA FAN ET AL | |
| Defendants | Court        2 <br> Hearing     4/29/08 <br> Time          10:00 AM |

Plaintiff and Defendant move the Court to change the time for the case management conference for the following reasons:

1) The present Case Management Conference is set for April 29, 2008

2) This is Plaintiff's second request to change the Case Management Conference date.

3) Plaintiff requests one last continuance for three reasons:

    a)    Today the Defendants offered Plaintiff's counsel a settlement he can recommend to his clients.

    b)    Plaintiffs' counsel needs to communicate the offer to his clients and obtain their approval.

    c)    Once Plaintiffs' counsel receives the approval of his clients, he will file a Notice of Settlement.

    d)    Additionally Plaintiffs' counsel will then prepare a settlement agreement, have all parties sign it and file a dismissal with the court.

\\\

Motion to Change Date of Case Management Conference

1      4)      On this basis the Plaintiffs respectfully request the Case Management Conference be

2    continued to May 20th, 2008 at 10:00am so that this maybe accomplished.

3              Respectfully Submitted:

4

5              April 24, 2008

6

7              _____s/jdb_____
               James Dal Bon for the Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Motion to Change Date of Case Management Conference**

IT IS SO ORDERED:


Dated: _____          By: _____
                                  United States District Court
                                  Magistrate Judge Howard R.
                                  Lloyd

Motion to Change Date of Case Management Conference