UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:  May 20, 2008                                    Time in Court: 1 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Christian Carrillo et al v. Tania Fan et al
**CASE NUMBER**: C07-05519HRL
Plaintiff Attorney present: No Appearance
Defendant Attorney present: No Appearance

---

**PROCEEDINGS: Case Management Conference**


No Appearance made by counsel.