JAMES DAL BON
CA 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

(408)297-4729

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN CARRILLO, JOSEFINA CASADOS, MARIA MARTINEZ, OBDULIA SALDANA, MARINA SOLORIO ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) TANIA FAN, CROWNE PLAZA LLC, and ) ) DOES 1-10 ) ) Defendants ) ) ) | Case No: 07-05519 HRL VOLUNTARY DISMISSAL |

1) The parties having entered into a settlement agreement on May 14, 2008, Plaintiffs

hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(i)

with prejudice.

1

2) The Plaintiffs will have until August 1, 2008, to notice a motion that the terms of the settlement agreement have been breached upon which this order will stand vacated and the court will set a case management conference

s/jdb

JAMES DAL BON
LAW OFFICES OF JAMES
DAL BON
28 NORTH 1ST STREET,
SUITE 210
SAN JOSE, CA 95113