JAMES DAL BON  
CA 157942  
LAW OFFICES OF JAMES DAL BON  
28 North 1ˢᵗ Street Suite 210  
San Jose, CA 95113  

(408)297-4729  

*E-filed 5/28/08*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN CARRILLO, JOSEFINA CASADOS, MARIA MARTINEZ, OBDULIA SALDANA, MARINA SOLORIO<br><br>    Plaintiffs,<br><br>    vs.<br><br>TANIA FAN, CROWNE PLAZA LLC, and DOES 1-10<br><br>        Defendants | Case No: 07-05519 HRL<br><br>VOLUNTARY DISMISSAL |

1) The parties having entered into a settlement agreement on May 14, 2008, Plaintiffs hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(i) with prejudice.

1

2) The Plaintiffs will have until August 1, 2008, to notice a motion that the terms of the settlement agreement have been breached upon which this order will stand vacated and the court will set a case management conference

                    s/jdb
JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113



Dated May 28, 2008